**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-23984-RAR**

**RAYMOND T. MAHLBERG**,

Plaintiff,

v.

**ERMENEGILDO ZEGNA CORPORATION**,

Defendant.
_______________________________________/

**ORDER DISMISSING CASE**

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. On November 12, 2024, the Court entered an Order Administratively Closing Case ("Order"), [ECF No. 9], which required the parties to file appropriate dismissal documents in this action within sixty (60) days of the Order. The parties failed to comply with the Order or ask for an extension of time, and on January 14, 2025, the Court entered an Order Requiring Dismissal Documents requiring the parties to file appropriate dismissal documents on or before January 17, 2025, at 5:00 PM ET. [ECF No. 10]. The Court cautioned the parties that failure to file the required dismissal documents would "result in the dismissal of this case without further notice pursuant to the parties' settlement agreement." *Id.*

To date, the parties have not filed dismissal documents in compliance with the Court's Orders or asked for an extension of time to do so. Accordingly, being fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED**, and any pending motions are **DENIED AS MOOT**. The Clerk is instructed to mark this case **CLOSED**.

**DONE AND ORDERED** in Miami, Florida this 21st day of January, 2025.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**